UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FEDERAL NATIONAL<br>MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE MARIN-YACHYREMA, and<br>MANUEL PIZHA,<br><br>    Defendants. | CIV. NO. 13-2823(PJS/JJK)<br><br>ORDER |

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 24, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    This matter is remanded to Minnesota state district court.

Dated: 04/17, 2014

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Court